No. 8,361. WILLIAM SYKES, APPELLANT, *v.* REPUBLIC COAL CO., RESPONDENT.

Decided October 1, 1942.

PER CURIAM.—Respondent's motion to dismiss the appeal herein from the judgment entered on October 29, 1941, the notice of appeal having been filed April 28, 1942, upon the grounds that no undertaking on appeal has ever been filed nor deposit of money made with the clerk of court, and that no transcript on appeal has ever been filed, is granted and the appeal ordered dismissed.

*Mr. F. W. Mettler,* for Appellant.

*Messrs. Murphy, Garlington & Pauly,* and *Mr. W. W. Mercer,* for Respondent.

No. 8,372. STATE EX REL. JOHN H. CORCORAN, RELATOR, *v.* STATE BOARD OF EQUALIZATION, RESPONDENT.

Decided October 17, 1942.

PER CURIAM.—Original application for writ of mandate to compel respondent Board to reduce the assessed valuation of certain real estate for taxation purposes. An alternative writ was issued returnable on October 14.. On the return date the court found that a reference for the taking of testimony was necessary and, and Charles Davidson, Esq., was appointed referee, the hearing to be had on October 19. On October 17 the respondent Board filed its amended return showing compliance with the alternative writ, and thereupon the order appointing the referee was rescinded and the proceeding ordered dismissed..

*Mr. E. J. McCabe,* for Relator.

*Mr. R. V. Bottomly,* Attorney General, and *Mr. I. W. Choate,* counsel for the State Board of Equalization, for Respondent.